UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tammy Bunce,<br><br>                    Plaintiff,<br>v.<br><br>American InterContinental University,<br><br>                    Defendant. | Civil Action No.: 13-cv-02592-MWB-SES |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 24, 2014

                                                                   Respectfully submitted,

                                                                   PLAINTIFF, Tammy Bunce

                                                             /s/ *Jody B. Burton*

                                                                 Jody B. Burton
                                                                 Bar No.: 71681
                                                                 **LEMBERG LAW LLC**
                                                                 1100 Summer Street, 3rd Floor
                                                                 Stamford, CT 06905
                                                                 Telephone: (203) 653-2250
                                                                 Facsimile:  (203) 653-3424
                                                                Email: jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ *Jody B. Burton*
Jody B. Burton