# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY BUNCE, | : | 4:13-CV-2592 |
|     Plaintiff, | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| AMERICAN INTERCONTINENTAL UNIVERSITY, | : | |
| | : | |
|     Defendant. | : | |

## **O R D E R**

AND NOW, this 26th day of March, 2014, Jody B. Burton, Esquire, attorney for plaintiff, having reported to the Court by Notice of Settlement, filed March 24, 2014, ECF No. 22, that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

                                        BY THE COURT:

                                        s/Matthew W. Brann
                                        Matthew W. Brann
                                        United States District Judge